NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

MELVIN BROWN
322 BONNIE BRAE
LOS ANGELES CA 90026

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WS INVESTMENT, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV13- 6271 |
| v. | |
| MARIA SOTO, CUAUHTEMOC SOTO AND DOES 1 TO 10, INCLUSIVE | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     MELVIN BROWN
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| WS INVESTMENT | PLT |

LODGED
2013 AUG 27 PM 12: 3
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

8-27-2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):

CV-30 (05/13)            NOTICE OF INTERESTED PARTIES